# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JERAMY PYE aka ZAZU MOHAMED,

        Plaintiff,

v.

PACHEO #1640 etc. et al.,

        Defendants.

2:08-CV-820 JCM (RJJ)

# ORDER

Presently before the court is the report and recommendation of United States Magistrate Judge Robert J. Johnston. (Doc. # 18).

Upon reviewing the application to proceed in forma pauperis, and after plaintiff failed to appear at two show cause hearings before the magistrate judge and failed to pay the filing fee or amended complaint, Judge Johnston recommended that plaintiff's case be dismissed with prejudice. In his report and recommendation, Judge Johnston stated that plaintiff has not sought an extension of time to comply with the court's order and did not contact the court regarding his non-compliance.

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. To date, no objections have been filed.

Upon review of the magistrate judge's findings and recommendation (Doc. # 18) and there not being any objections,

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate
2   Judge Robert J. Johnston's report & recommendation  (Doc. #18) are AFFIRMED in its entirety.
3   The plaintiff's complaint is DISMISSED with prejudice.
4   DATED June 8, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -